FILED
2026 Apr-17  AM 05:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>MIDDLE DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **4:23-cr-383-CLN-NAD** |
| | ) | |
| **CK CHIKONG TRAN,** | ) | |

### NOTICE OF APPEAL AND
### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW the Defendant, CK Chikong Tran, through his appointed counsel, Alison Wallace, and respectfully gives notice of his claim of appeal to the United States Court of Appeals for the Eleventh Circuit from the sentence pronounced on April 16, 2026, in the above captioned case.

Defendant further moves this Court to allow him to appeal in forma pauperis, and to show his indigence he was allowed to proceed as such in District Court, and his financial circumstances have not improved.

Respectfully Submitted,

/s/ *Alison Wallace*
ALISON WALLACE
Attorney for the Defendant
P.O. Box 36926
Hoover, Alabama 35236
(205) 500-1667
Email: alisonatlaw@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served upon the attorney for the United States on this date via CM/ECF.

/s/ *Alison Wallace*
Of Counsel