CASE NUMBER: 26-11281-G

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| APPELLEE, | ) | |
| | ) | |
| V | ) | CASE NO.: 26-11281-G |
| | ) | |
| CK CHIKONG TRAN, | ) | |
| | ) | |
| APPELLANT. | ) | |

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

4:23-cr-383-CLM-NAD

---

CERTIFICATE OF INTERESTED PERSONS

Alison Wallace
P.O. Box 36926
Hoover, AL 35236
(205) 500-1667

*United States v. CK Chikong Tran*

**CERTIFICATE OF INTERESTED PERSONS**

The attorney for the Appellant, CK Chikong Tran, does hereby certify that to the best of her knowledge, information and belief, the interested persons to this action are:

Billingsley, Michael B. – Assistant United States Attorney

Canter, Edward J. – Assistant United States Attorney

Crosby, Catherine L. – Acting United States Attorney

Danella, Nicholas A – United States Magistrate Judge

Hundscheid, John M. – Assistant United States Attorney

Maze, Corey L., - United States District Court Judge

Wallace, Alison – Appellate Attorney for Appellant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served the foregoing on this the 6th day of May, 2026, via CM/ECF.

/s/ Alison Wallace
Of Counsel