**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff-Appellee,** | ) |
| | ) |
| **v.** | ) **Case No. 26-11281** |
| | ) |
| **CK CHIKONG TRAN,** | ) |
| | ) |
| **Defendant-Appellant.** | ) |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

In compliance with Fed. R. App. P. 26.1, 11th Cir. R. 26.1-1, and 11th Cir. R. 26.1-2(a), the undersigned hereby certifies that, in addition to the persons named by the Defendant-Appellant, the following persons may have an interest in the outcome of the case:

1.     England, III, Hon. John H., United States Magistrate Judge for the Northern District of Alabama;

2.     Escalona, Prim F., Former United States Attorney for the Northern District of Alabama;

3.     Janich, Brett, Assistant United State Attorney for the Northern District of Alabama representing the Government in the district court; and

C-1 of 2

4.      Tran, Ck Chikong, Defendant-Appellant.

*/s/* Michael B. Billingsley

Michael B. Billingsley
*Assistant United States Attorney*

**Certificate of Service**

I hereby certify that on May 6, 2026, I electronically filed this Certificate of Interested Persons with the Clerk of the Court using the CM/ECF system, which will give notice of the filing to counsel of record.

*/s/* Michael B. Billingsley
Michael B. Billingsley
*Assistant United States Attorney*