**No. 26-11281-GG**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

CK CHIKONG TRAN,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Northern District of Alabama
Case No. 4:23-cr-00383-CLM-NAD-8

# CERTIFICATE OF INTERESTED PERSONS OF APPELLANT CK CHIKONG TRAN

LISA M. IVEY
Attorney for Mr. Tran

STUBBS, SILLS & FRYE, P.C.
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbsillsfrye.com

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned counsel for Defendant certifies to the best of her knowledge that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have or may have an interest in the outcome of this case, including any publicly held company that owns 10% or more of a party's stock, to the best of my knowledge:

1. Arthanas, William C., trial counsel for co-Defendant Damion Wayne Scarlett
2. Billingsley, Michael B., Assistant United States Attorney for the Northern District of Alabama
3. Bloomston, Brett M., trial counsel for co-Defendant Aiman Akram Kaif
4. Bradley Arant Boult Cummings, trial counsel for co-Defendant Damion Wayne Scarlett
5. Broome, William H., trial counsel for co-Defendant Dhurv Gargi
6. Broome & Broome, Attorneys at Law, law firm for co-Defendant Dhurv Gargi

7. Bounds, Katherine Pritchett, trial counsel for co-Defendant Andre Johannes Ischler Simonet
8. Brower, Scott W., trial counsel for co-Defendant Andre Johannes Ischler Simonet
9. Butler, Kevin L., trial counsel for co-Defendant Andre Johannes Ischler Simonet
10. Caruso, Nicholas John, co-Defendant
11. Danella, Hon. Nicholas A., United States Magistrate Judge for the Northern District of Alabama
12. Fawal & Spina, law firm for co-Defendant David James Park
13. Fortune, Daniel J., trial counsel for co-Defendant Damion Wayne Scarlett
14. Fortune Trial Attorneys, law firm for co-Defendant Damion Wayne Scarlett
15. Gargi, Dhruv, co-Defendant
16. Hundscheid, John Mark, Assistant United States Attorney for the Northern District of Alabama
17. Ivey, Lisa M., Attorney for Defendant-Appellant CK Chikong Tran

18. Janich, Brett Alexander, Assistant United States Attorney for the Northern District of Alabama

19. Jones, L. Dale, trial counsel for co-Defendant Tyree Samuel Tinsley

20. Kaif, Aiman Akram, co-Defendant

21. Mathews, Jake B., Jr., trial counsel for co-Defendant Nicholas John Caruso

22. Maze, Hon. Corey L., United States District Judge for the Northern District of Alabama

23. Merrill Merrill Mathews & Allen, law firm for co-Defendant Nicholas John Caruso

24. Murtha, Courtney, trial counsel for co-Defendant Andre Johannes Ischler Simonet

25. Palma, Jennifer Mireya, co-Defendant

26. Park, David James, co-Defendant

27. Pinson, Rachel H., trial counsel for co-Defendant Andre Johannes Ischler Simonet

28. Scarlett, Damion Wayne, co-Defendant

29. Simonet, Andre Johannes Ischler, co-Defendant

30. Spina, Thomas J., trial counsel for co-Defendant David James Park

31. Stoves, Jason A., trial counsel for co-Defendant Jennifer Mireya Palma

32. Stubbs, Sills & Frye, P.C., law firm for Defendant-Appellant CK Chikong Tran

33. Teakell, John R., trial counsel for co-Defendant Nicholas John Caruso

34. The Stoves Law Firm, PC, law firm for co-Defendant Jennifer Mireya Palma

35. Tinsley, Tyree Samuel, co-Defendant

36. Tran, CK Chikong, Defendant-Appellant

37. Wallace, Allison, former trial counsel for Defendant-Appellant CK Chikong Tran

38. Williams, Phillip W., Jr., United States Attorney for the Northern District of Alabama

39. Woodfin, Paul McLaurin, trial counsel for co-Defendant Nicholas John Caruso

Respectfully submitted,

_/s/ Lisa M. Ivey_
Lisa M. Ivey (asb-2264-a36i)
Attorney for CK Chikong Tran

***OF COUNSEL:***
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbssillsfrye.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on August 4, 2026, I electronically filed this Certificate of Interested Persons with the Clerk of the Court using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

_/s/ Lisa M. Ivey_
Lisa M. Ivey (asb-2264-a36i)