**No. 26-11281-GG**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

CK CHIKONG TRAN,
*Defendant-Appellant*.

---

On Appeal from the United States District Court
for the Northern District of Alabama
Case No. 4:23-cr-00383-CLM-NAD-8

---

# MOTION FOR EXTENSION OF TIME


LISA M. IVEY
Attorney for Mr. Tran

STUBBS, SILLS & FRYE, P.C.
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbsillsfrye.com

**MOTION FOR EXTENSION OF TIME**

Appellant CK Tran respectfully moves this Court for an extension of time of fourteen (14) days to file Appellant's Brief in this case. As grounds for the requested relief, Appellant states as follows:

1. The undersigned has contacted opposing counsel, who has kindly stated that he has no opposition to the requested extension of time.

2. Appellant's Brief is due on August 5, 2026. Due to various scheduling issues that could not be anticipated, the undersigned is faced with having an overwhelming number of briefs due this week and next week (a total of five at this time, two of which are in capital cases – down from a total of nine as the undersigned has worked on completing outstanding briefs). Meanwhile, the undersigned recently experienced a catastrophic computer failure and is still in the process of restoring all her data to her new computer, which only arrived last Wednesday.

3. The undersigned was also out of the office for the majority of the week of July 27, 2026, caring for her elderly mother, who underwent surgery that resulted in unexpected complications from anesthesia. All of these issues have severely limited the time that counsel has to devote to briefing and other work obligations.

**WHEREFORE, PREMISES CONSIDERED**, Appellant CK Tran respectfully moves this Court for an extension of time of fourteen (14) days to file his Brief in this case, making the due date for the Brief be August 19, 2026.

Respectfully submitted,

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)
Attorney for Mr. Tran

***OF COUNSEL:***
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbssillsfrye.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this motion complies with the volume limitations set forth in Fed. R. App. P. 27(d)(2). The motion contains 245 countable words. Century Schoolbook 14 is the style and type size used in this motion.

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)

## **CERTIFICATE OF SERVICE**

I certify that on August 4, 2026, the foregoing document was filed electronically using this Court's CM/ECF system, which will provide notice of filing to all counsel of record, as follows:

Michael B. Billingsley, Esq.
1801 Fourth Avenue North
Birmingham, Alabama 35203
michael.billingsley@usdoj.gov

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)