No. 26-11281

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

CK CHIKONG TRAN,
*Defendant-Appellant*.

---

On Appeal from the United States District Court
for the Northern District of Alabama
Case No. 4:23-cr-00383-CLM-NAD-8

---

# MOTION FOR EXTENSION OF TIME

LISA M. IVEY
Attorney for Mr. Tran

STUBBS, SILLS & FRYE, P.C.
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbsillsfrye.com

**MOTION FOR EXTENSION OF TIME**

Appellant CK Tran respectfully moves this Court for an extension of time of fourteen (14) days to file Appellant's Brief in this case. As grounds for the requested relief, Appellant states as follows:

1. The undersigned has contacted opposing counsel, who has kindly stated that he has no opposition to the requested extension of time.

2. Appellant's Brief is due on August 19, 2026. The undersigned has recently been faced with an overwhelming number of briefs following a catastrophic computer failure that resulted in her having to restore all of her data, a process that took until early August. The undersigned has been diligently working on all her outstanding briefing obligations (including weekends as feasible), but still has a total of five outstanding briefs due this week, including an unexpected Petition for Writ of Certiorari to the Alabama Supreme Court in a capital case (although the death penalty was not imposed).

3. All of these scheduling issues, as well as the undersigned attorney's ongoing frequent travel across the State to care for her elderly mother, have resulted in the undersigned needing additional time on some of her outstanding briefs, including this one.

**WHEREFORE, PREMISES CONSIDERED**, Appellant Wisam Sharieff respectfully moves this Court for an extension of time of fourteen (14) days to file his Brief in this case, making the due date for the Brief be September 2, 2026.

Respectfully submitted,

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)
Attorney for Mr. Tran

***OF COUNSEL:***
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbssillsfrye.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this motion complies with the volume limitations set forth in Fed. R. App. P. 27(d)(2). The motion contains 234 countable words. Century Schoolbook 14 is the style and type size used in this motion.

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 19, 2026, the foregoing document was filed electronically using this Court's CM/ECF system, which will provide notice of filing to all counsel of record, as follows:

Michael B. Billingsley, Esq.
1801 Fourth Avenue North
Birmingham, Alabama 35203
michael.billingsley@usdoj.gov

*<u>/s/ Lisa M. Ivey</u>*
Lisa M. Ivey (asb-2264-a36i)