In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 26-11281

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

CK CHIKONG TRAN,
a.k.a. Radiant,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:23-cr-00383-CLM-NAD-8

---

ORDER:

The motion for an extension of time to and including September 2, 2026 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE