No. 26-11281

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

CK CHIKONG TRAN,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Northern District of Alabama
Case No. 4:23-cr-00383-CLM-NAD-8

# MOTION FOR EXTENSION OF TIME

LISA M. IVEY
Attorney for Mr. Tran

STUBBS, SILLS & FRYE, P.C.
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbsillsfrye.com

**MOTION FOR EXTENSION OF TIME**

Appellant CK Tran respectfully moves this Court for an extension of time of seven (7) days to file Appellant's Brief in this case. As grounds for the requested relief, Appellant states as follows:

1. The undersigned has contacted opposing counsel, who has kindly stated that he has no opposition to the requested extension of time.

2. Appellant's Brief is due on September 2, 2026. As this Court knows from the prior request for an extension of time, the undersigned had multiple – and conflicting – briefing obligations in state and federal courts, including a death penalty case, which necessitated extending some of her briefing deadlines.

3. The undersigned has been working diligently and has completed several of those briefs (including the only other brief currently outstanding with this Court), but must devote Monday August 31, 2026 to drafting a reply brief due in the Supreme Court of Alabama and Tuesday September 1, 2026 to two "priority" juvenile appeals in the Alabama Court of Civil Appeals.

4. Accordingly, the undersigned needs an additional seven (7) days (to include the intervening Labor Day Weekend) to complete this Brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant CK Tran respectfully moves this Court for an extension of time of seven (7) days to file his Brief in this case, making the due date for the Brief be September 9, 2026.

Respectfully submitted,

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)
Attorney for Mr. Tran

***OF COUNSEL:***
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
lisa@stubbssillsfrye.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this motion complies with the volume limitations set forth in Fed. R. App. P. 27(d)(2). The motion contains 226 countable words. Century Schoolbook 14 is the style and type size used in this motion.

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)

## CERTIFICATE OF SERVICE

I certify that on August 30, 2026, the foregoing document was filed electronically using this Court's CM/ECF system, which will provide notice of filing to all counsel of record, as follows:

Michael B. Billingsley, Esq.
1801 Fourth Avenue North
Birmingham, Alabama 35203
michael.billingsley@usdoj.gov

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)